## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheryl Zondlo,<br>                    Plaintiff,<br>v.<br><br>Allied Interstate, LLC,<br>                    Defendant. | Docket  3:16-cv-00936-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br>FILED ELECTRONICALLY |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons discussed in Plaintiff's Brief in Support of her

Motion for Summary Judgment, which is being contemporaneously filed,

Plaintiff moves the Court for a judgment in her favor on liability, plus

the costs incurred in this action.

s/ Brett Freeman
Brett Freeman: PA 308834
SABATINI LAW FIRM, LLC
Attorney for Plaintiff
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@sabatinilawfirm.com

## CERTIFICATE OF SERVICE AND NON-CONCURRENCE

Service is being effectuated via the CM/ECF system. Defendant

does not concur with the requested relief.

s/ Brett Freeman
Brett Freeman
