## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHERYL ZONDLO,  :
        Plaintiff,  :
   :
   :   No. 3:16-cv-00936-JMM
   v.   :
   :
ALLIED INTERSTATE, LLC,  :
        Defendant.  :

## ORDER

AND NOW, this 15th day of MAY, 2018, pursuant to agreement by and between Plaintiff, Cheryl Zondlo, and Defendant, Allied Interstate, LLC, it is hereby **ORDERED** and relief is **GRANTED** as follows:

1. The Court hereby vacates Paragraphs 2 and 3 of its February 12, 2018 Order concerning collateral estoppel on the ATDS issue and Defendant's dialing system, together with such portions of its Opinion as formed the basis for those Paragraphs;

2. This matter is hereby dismissed, with prejudice; and

3. The Court retains jurisdiction over this matter for purpose of enforcing the settlement agreement.

BY THE COURT:

_____
Honorable James M. Munley, USDJ

# 3531422 v. 1